RECEIVED
SDNY PRO SE OFFICE
2022 MAY 18 PM 2:31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony C. Johnson,<br>    Petitioner, | CIVIL CASE NO: |
| V | 1:21-cv-06612-NRB |
| United States of America<br>    Respondent. | In RE: CRIM. CASE NO:<br>1:16-cr-808-NRB |

PETITIONER'S MOTION TO WITHDRAW MOTION
FOR DISCOVERY AND PRODUCTION OF DOCUMENTS PURSUANT
TO RULE 6 GOVERNING 28 U.S.C. § 2255 PROCEEDINGS

COMES NOW, Anthony C. Johnson (hereinafter Petitioner-Johnson, and Petitioner) in PRO-SE, in necessity, and hereby requests that this HONORABLE Court GRANT Petitioner's motion to WITHDRAW his previously filed motion requesting Leave To Conduct Discovery and Production of Documents pursuant to Rule 6 (a) and (b) Governing 28 U.S.C. § 2255 proceedings. In support, the Petitioner shows the Court the following:

1) On 5-12-22 FCI Schuylkill Officials located Petitioners personal/ property/legal documents that were previously reported "misplaced, lost, or destroyed" by FCI Hazelton/Schuylkill Correctional Systems staff, which in part consisted of the following:

    a) Criminal History Records
    b) Search warrant applications and orders
    c) Reports of investigation
    d) Sex offender registeration forms
    e) Prison calls/ Emails
    f) Location data from GPS Device on Petitioners vehicle

2) **GOOD CAUSE** is shown becuase Production of requested Documents/ Discovery at this time, will <u>not</u> only waste this Honorable Courts time, but also, will <u>not</u> serve the "truly useful purpose" of preserving Judicial resources, as Petitioners previously reported "misplaced, lost, or destroyed" personal property has now been located by FCI Schuylkill officials (SEE EXHIBIT A).

**WHEREFORE NOW**, above premises considered, the Petitioner Anthony C. Johnson, hereby MOVES this HONORABLE Court to GRANT withdrawal of Petitioners motion of Leave to Conduct Discovery and for Production of Documents pursuant to Rule 6(a) and (b) Governing § 2255 proceedings.

DECLARATION

I, Anthony C. Johnson, herein declare under penalty of perjury that IM the Petitioner PRO-SE in the above stated matter and that the foregoing is true and correct based upon information and belief and not willfully false. I make this Declaration pursuant to 28 U.S.C. § 1746 Done this ___16TH___ Day of ___May___, 2022.

The motion is granted as moot.
See Memorandum and Order dated
May 11, 2022 (ECF No. 23).
**SO ORDERED.**

*Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 20, 2022

Respectfully Submitted,

*A. Johnson*
Anthony C. Johnson
#81532-004
FCI Schuylkill
PO BOX 759
Minersville, PA 17954

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this motion upon the Clerk of this Court, via U.S. mail, properly addressed, First-Class postage, placing into the internal mailing system as made available to inmates for Legal mail, at the SCHUYLKILL Federal Correctional Institution. The Petitioner further requests that a copy of this motion be forwarded to all interested parties via the CM/ECF system.

Done This \_\_16th\_\_ Day of \_\_May\_\_, 2022

# Exhibit A

BP-A0383
AUG 11

INMATE PERSONAL PROPERTY RECORD   CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISON

Institution: TCI SCH
1. Name: Johnson, Anthony
2. Register No: 81532-004
3. Unit: 4B
4. Date & Time of Inventory: 5/10/22  9:30A

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 5/10/22 9:30
- a. __ Admission
- b. __ Hospital
- c. __ Writ
- d. __ Transfer
- e. __ Detention
- f. __ Release
- g. __ Incoming Package
- h. X Other (specify): _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

### a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Address Book | |
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard__ soft__ | |
| | Books, Religious hard__ soft__ | |
| | Boot | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| | Headphones | |
| | Laundry Jacket | |
| | Laundry Detergent | |
| 1 | Legal Materials | K |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | K |
| 1 | Shorts | |
| | Skirt | |
| | Slip | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| 1 | Sweat pants | K |
| 2 | T-Shirt | K |
| | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| 1 | Underwear | K |
| | Watch/Watchband | |
| 1 | Towels | K |

### b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| | Deodorant | |
| | Dental Floss | |
| | Dentures Powder | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

### c. Hobby craft

| # | Article | Disp. |
|---|---|---|

### d. Food

| # | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| | Rice | |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                               Value Alleged by Inmate

X No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____                     Date: 5/10/22  Time: 9:35P

I have today reviewed the property returned to me. _____
Signature of Inmate        Register #: 81530-004   Date: 5/10/22   Time: 9:30A

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____                     Date: _____ Time: _____

I have today reviewed the property returned to me. _____
Signature of Inmate                Register #          Date          Time

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510           PRINTED ON RECYCLED PAPER           Replace of BP-S383 of AUG 94

Anthony Johnson #81532-004
Federal Correctional Institution
PO Box 759
Minersville, PA 17954

HARRISBURG PROC 171
PM 16 MAY 2022

ATTN: Pro-se Intake Unit RM 200
U.S. District Court
500 Pearl St.
New York, NY 10007

2022 MAY 18 PH 2:23
SDNY PRO SE OFFICE

LEGAL MAIL