UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2023 MAR 30  AM 10: 24

Anthony C. Johnson,              )
        Petitioner,              )        CRIMINAL CASE NO:
                                 )
        v.                       )        17-cr-212-NRB
                                 )
United States of America         )        CIVIL CASE NO:
        Respondent.              )
                                 )        21-cv-6612-NRB


MOTION FOR ORDER OF DESIGNATION
OF RECORD ON APPEAL


Mr. Anthony C. Johnson, in PRO-SE, in necessity, hereby presents his Motion, respectfully requesting that this Honorable Court issue an order designating the record on appeal pursuant to Federal Rules of Appellate Procedure, Rule 10(b)(1). Mr. Johnson avers that the record on appeal should include the following documents on file in the United States District Court Clerk's Office, TO WIT:

1) The Indictment and/or Superseding Information

2) The Plea-agreement dated January 18, 2018

3) The plea hearing transcripts in its entirety dated March 5, 2018

4) The Presentence Report and the Sentencing Transcripts dated October 30, 2018 in its entirety

5) The reply to Government's response in opposition to Motion to Vacate pursuant to 28 U.S.C. § 2255 and its exhibits

6) All pleadings related to the 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct sentence and the entire file in the Clerk's office related to this case

Wherefore now above premises considered, Mr. Johnson urges this Honorable Court to grant this Motion and order the above documents to be designated as the record on appeal.

Respectfully Submitted on this _25_ Day of _March_, _2023_

Anthony C. Johnson, PRO-SE
# 81532-004
USP Lewisburg
PO BOX 1000
Lewisburg, PA 17837

x _A. Johnson_

Application denied.  The petitioner should address any questions concerning his record on appeal to the Southern District of New York's Pro Se Intake Unit.   The Clerk of Court is directed to mail a copy of this endorsed letter to Mr. Johnson.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
           March 30, 2023

(2)